IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLIFFORD BAIR,

    Petitioner,        No. 2:09-cv-1730-LKK-JFM (HC)

    vs.

WARDEN, DEUEL VOCATIONAL INSTITUTION, et al.,

    Respondents.       ORDER
_____/

By order filed December 2, 2009, the parties in the above-captioned action were directed to show cause in writing within fifteen days why this action should not be related to Gilman v. Davis, No. 2:08-cv-0830-LKK-GGH (PC). Respondents have filed a response to the order to show cause. Good cause appearing, IT IS HEREBY ORDERED that the December 2, 2009 order to show cause is discharged.

DATED: January 8, 2010.

                                                     UNITED STATES MAGISTRATE JUDGE

12
bair1730.oscdis