IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLIFFORD BAIR,

    Petitioner,          No. 2:09-cv-1730 LKK JFM (HC)

  vs.

WARDEN, DEUEL VOCATIONAL
INSTITUTION, et al.,

    Respondents.       ORDER
_____/

      Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On December 2, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. Respondent has filed objections to the findings and recommendations and petitioner has filed a response to respondent's objections.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the
/////

1

entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 2, 2009, are adopted in full;

2. Respondents' August 20, 2009 motion to dismiss is denied;

3. Respondents shall file an answer within thirty days from the date of this order; and

4. Petitioner's traverse, if any, is due on or before thirty days from the date respondents' answer is filed.

DATED: March 10, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT